IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MCCREA,<br><br>      Plaintiff,<br><br>vs.<br><br>LEVIN FURNITURE (SAM LEVIN, INC.)<br>*et al.*<br><br>      Defendants. | CASE NO. 1:17CV2537<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>**ORDER GRANTING JOINT<br>MOTION FOR APPROVAL OF<br>SETTLEMENT AND DISMISSAL<br>WITH PREJUDICE** |

  Pursuant to the Joint Motion filed by the Parties, the Court GRANTS the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice. The Parties have resolved the matter, and the Settlement Agreement is hereby approved by the Court. Accordingly,

  IT IS HEREBY ORDERED that the Settlement Agreement as reflected in the document the parties submitted is APPROVED, and;

  IT IS FURTHER ORDERED that this matter is dismissed, with prejudice.

  Dated:   May 16, 2018

                  BY THE COURT:

                   s/ Christopher A. Boyko
                   District Court Judge